**Edward A. KREUTZER,
et al., Respondents,**

v.

**MONTEREY COUNTY HERALD
CO., f/k/a Pittsburgh Press
Co., Petitioner.**

Supreme Court of Pennsylvania.

April 13, 1999.

John A. McCreary, Jr., Pittsburgh, Ernest E. Vargo, Cleveland, OH, for petitioner.

### *ORDER*

PER CURIAM:

**AND NOW,** this 13th day of April 1999, the petition for allowance of appeal is **GRANTED.**

■

**John Robert KOONCE, Petitioner,**

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Respondent.**

Supreme Court of Pennsylvania.

April 14, 1999.

### *ORDER*

PER CURIAM:

**AND NOW,** this 14th day of April, 1999, the Petition for Allowance of Appeal is DENIED, the Petition for Allowance to Proceed In Forma Pauperis is GRANTED and the Motion For Appointment Of Counsel is DISMISSED AS MOOT pursuant to this Court's decision in *Rogers et al v. Pennsylvania Board of Probation and Parole,* —— Pa. ——, 724 A.2d 319 (1999).